Dismissed and Memorandum Opinion filed October 21, 2004









Dismissed and Memorandum Opinion filed October 21,
2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00781-CV

____________

 

JAMET
TETREAULT and GREG TETREAULT, 

Individually and d/b/a JGT
CONSTRUCTION, Appellants

 

V.

 

POLLACK SUMMIT
ELECTRIC, Appellee

 



 

On Appeal from the 190th District
Court

Harris County,
Texas

Trial Court Cause No.
03-11125

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed May 11, 2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On September 23, 2004, notification was transmitted to all
parties of the court's intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant
filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 21, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.